OTTO MARZIAN, Respondent, v. RUSSELL D'OENCH, Defendant, and GRACE NATIONAL BANK OF NEW YORK, as Trustee, Appellant

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

RUTH MATH, Respondent, v. HOWARD N. MATH, Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.